**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| THOMAS LEE BREWER | ) | CASE NO. 08-11903 |
| ANITA FAYE BREWER, | ) | Chapter 7 |
| | ) | |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Truck Pro, Inc. | Attn: T. J. Duncan<br>8110 Cordova Rd.<br>Suite 116<br>Cordova, TN 38016 | $2.23 |
| FIA Card Services, N.A. | Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | $4.88 |
| Fort Wayne Truck Center | 3535 Coliseum Blvd. W.<br>Fort Wayne, IN 46808 | $0.08 |
| RBS Citizens NA | Issuer for Charter One<br>P.O. Box 7054<br>Bridgeport, CT 06601 | $1.64 |
| RBS Citizens NA | Issuer for Charter One<br>P.O. Box 7054<br>Bridgeport, CT 06601 | $1.70 |

- 2 -

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| RBS Citizens NA | Issuer for Chater One<br>P.O. Box 7054<br>Bridgeport, CT 06601 | $1.82 |
| RBS Citizens NA | Issuer for Charter One<br>P.O. Box 7054<br>Bridgeport, CT 06601 | $3.03 |
| Allied Hospital | Snow & Sauerteig LLP<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $0.58 |
| American Express Travel<br>  Related Services Co. Inc.<br>  Corp. Card | c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $4.97 |
|  | Total | $20.93 |

**WHEREFORE**, Trustee is depositing the total sum of $20.93 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: October 18, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
           **MARTIN E. SEIFERT**
           **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 18th day of October, 2010, to:

>Douglas R. Adelsperger, Esq.
>SKEKLOFF, ADELSPERGER &
>  KLEVEN, LLP
>927 South Harrison Street
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Truck Pro, Inc.
>Attn: T.J. Duncan
>8110 Cordova Rd.
>Suite 116
>Cordova, TN 38016
>
>FIA Card Services, N.A.
>Attn: Mr. BK
>1000 Samoset Dr.
>DE5-023-03-03
>Newark, DE 19713
>
>Fort Wayne Truck Center
>3535 Coliseum Blvd. W.
>Fort Wayne, IN 46808
>
>RBS Citizens NA
>Issuer for Charter One
>P.O. Box 7054
>Bridgeport, CT 06601
>
>Allied Hospital
>c/o Snow & Sauerteig LLP
>203 E. Berry St., Suite 1310
>Fort Wayne, IN 46802

    American Express Travel
     Related Services Co. Inc. Corp. Card
    c/o Becket & Lee LLP
    P.O. Box 3001
    Malvern, PA 19355-0701

                                       /s/ Martin E. Seifert
                                      **MARTIN E. SEIFERT**